**Eugene CAVICCHI, Plaintiff–Appellant,**

v.

**Homeland Security Secretary, Michael CHERTOFF and the United States Department of Homeland Security by and through The Bureau of Customs and Border Protection, Defendant–Appellee.**

No. 07–15939.

United States Court of Appeals, Eleventh Circuit.

Oct. 22, 2008.

Before TJOFLAT and CARNES, Circuit Judges, and THRASH,* District Judge.

PER CURIAM:

This case is here after limited remand from this Court so that the district court could apply the standard set out in the

* Honorable Thomas W. Thrash, United States District Judge for the Northern District of

intervening decision in *Burlington Northern & Sante Fe Railway Co. v. White,* 548 U.S. 53, 126 S.Ct. 2405, 165 L.Ed.2d 345 (2006). On remand, the district court applied the *Burlington Northern* standard and, once again, entered summary judgment against Eugene Cavicchi and in favor of his former employer, the Department of Homeland Security, formerly the United States Customs Service.

After studying the briefs, considering the pertinent parts of the record, and listening carefully to oral argument, we conclude that the district court did not err in its application of the *Burlington Northern* standard. As for Cavicchi's complaints about the way the lawsuit was handled in the district court on remand, there was no abuse of discretion in regard to any of the procedural rulings or matters he has raised.

AFFIRMED.